UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS RONALD SWALLOW,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELKO COUNTY, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:23-CV-00227-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

On January 24, 2024, the Court entered an order setting a mandatory case management conference and exchange of initial disclosures. (ECF No. 34.) The Court mailed this document to Plaintiff's address at the Northern Nevada Correctional Center ("NNCC"). On January 25, 2024, NNCC returned this document as undeliverable because Swallow is now located at Lovelock Correctional Center. (ECF No. 35.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **Monday, March 25, 2024**, and failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 34 to the Plaintiff at **Lovelock Correctional Center**.

**DATED**: January 25, 2024.

_____
UNITED STATES MAGISTRATE JUDGE